
# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br>JUAN MARCEL HORD | Case No: 01-04052-08-CR-C-ODS<br>USM No: 14021-045 |
| Date of Original Judgment: 11/15/2002<br>Date of Previous Amended Judgment: 01/21/2009<br>*(Use Date of Last Amended Judgment if Any)* | Steve Moss<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  01/21/2009  months **is reduced to**  time served, stayed 15 days*  .

*(Complete Parts I and II of Page 2 when motion is granted)*

* with the condition to reside in and satisfactorily participate in a Residential Re-entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 60 days.

Except as otherwise provided, all provisions of the judgment dated  11/15/2002  shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: 11/10/2011 | s/ Nanette K. Laughrey<br>*Judge's signature* |
| Effective Date: 11/25/2011<br>*(if different from order date)* | NANETTE LAUGHREY, United States District Judge<br>*Printed name and title* |